**Order entered August 12, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00434-CV

### JOSE VAZQUEZ, Appellant

### V.

### BETTY VAZQUEZ, Appellee

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-23331**

## ORDER

In a letter dated June 3, 2015, the Court notified appellant that the reporter's record had not been filed because either he had not requested the record or paid or made arrangements to pay the reporter's fee. We instructed appellant to provide this Court, within ten days of the date of the letter, (1) notice that appellant had requested the reporter's record and (2) written verification that appellant has paid or made arrangements to pay the reporter's fee or written documentation that appellant has been found to be entitled to proceed without payment of costs. We cautioned appellant that failure to provide the required documentation within the time specified may result in the appeal being submitted without the reporter's record. As of today's date, appellant has not filed a response. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant's brief is due **THIRTY DAYS** from the date of this order.

/s/      ELIZABETH LANG-MIERS
JUSTICE